**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**UNITED STATES OF AMERICA**                                        **RESPONDENT**

**VERSUS**                                **CRIMINAL ACTION NO. 2:96cr30KS-MTP**
                                                               **CIVIL ACTION NO. 2:01cv63KS-MTP**

**KIRKSEY McCORD NIX, JR.**                             **DEFENDANT/MOVANT**

## JUDGMENT

      This matter is before the Court on the motion of the defendant, Kirksey McCord Nix, Jr., to vacate, set aside, or correct sentence by a person in federal custody pursuant to Title 28, U. S. Code § 2255.  The Court, being fully advised in the premises and having entered a separate Memorandum Opinion and Order;

      It is Ordered and Adjudged:

      That the motion of the defendant, Kirksey McCord Nix, Jr., to vacate, set aside, or correct sentence by a person in federal custody pursuant to Title 28, U. S. Code § 2255 is Denied; and

      That any other pending motions are dismissed as moot.

      SO ORDERED AND ADJUDGED this the 7th day of March, 2007.

                                                     *s/Keith Starrett*
                                           UNITED STATES DISTRICT JUDGE